UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Vern Cooper,

        Plaintiff,

vs.                                     **ORDER OF DISMISSAL**
                                          **WITH PREJUDICE**

Clements Chevrolet, Cadillac, Subaru,

        Defendant.

                                                  Court File No. 05-360 MJD/JGL

---

        Based on the foregoing Stipulation (Doc. No. 30), it is hereby ordered that this matter is dismissed with prejudice and without costs to either party.

                                  BY THE COURT:

Dated: March 27, 2006         s / Michael J. Davis
                                      MICHAEL J. DAVIS
                                      United State District Court Judge